**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

--------------------------------

IRENE TOGBE
      Plaintiff,

    vs.

ELWYN, INC.
      Defendant

: CIVIL ACTION No.
:
:
: 08-cv-05340
:
:
:

**FILED**

JUL 1 4 2009

**MICHAEL E. KUNZ, Clerk**
**By_____Dep. Clerk**

## JUDGMENT

AND NOW, upon Defendant's offering to have judgment entered against it in the within

civil action pursuant to Rule 68 of the Federal Rules of Civil Procedure for the amount of

$15,000.00, and Plaintiff's acceptance of said offer within the time prescribed by the Rule,

JUDGMENT is hereby entered against Defendant, Elwyn, Inc. and, in favor of Plaintiff, Irene

Togbe,  in the amount of $15,000.00.

BY THE COURT:

_____
CLERK