```
Wed Nov 12 13:58:03 2008

        UNITED STATES DISTRICT COURT

        PHILADELPHIA   , PA

  Receipt No.   400 952882
  Cashier         robf

  Check Number:  7345

  DO Code    Div No
   4666        1
                                      Amount
  Sub Acct Type Tender               190.00
  1:510000  N      2                  60.00
  2:086900  N      2                 100.00
  3:086400  N      2

  Total Amount            $          350.00

  COMPLAINT/ABIONA

  08-5340




              bn
```

## Kaplan, Leaman and Wolfe, Court Reporters

**Invoice**

Visit our web site at www.kaplanleamanandwolfe.com

325 Chestnut Street, Suite 909
Philadelphia, Pennsylvania 19106
E-Mail: kapleawol@aol.com
Phone: (800) 295-7571    Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Friday, June 26, 2009 | 55876LG |

*Olu Abiona
Olu Abiona Law Office
1433 South 4th Street
Philadelphia, PA 19147

Phone: (215) 625-0330    Fax: (215) 625-0159

| | |
|---|---|
| Witness: | John Walter |
| Case: | Togbe vs. Elwyn |
| Venue: | |
| Case #: | |
| Date: | 06/12/2009 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Jennifer Bruggman |
| Claim #: | |
| File #: | 17435ofi |

| Description | Quan | Total |
|---|---|---|
| Appearance Fee | 1 | $65.00 |
| Original and One Copy John Walter | 78 | $273.00 |
| Original and One Copy Blaine Jones | 33 | $115.50 |
| Original and One Copy Denise Spence | 30 | $105.00 |
| Original and One Copy Debra Walker | 16 | $56.00 |
| Original and One Copy Zina Devine | 28 | $98.00 |
| Sub Total | | $712.50 |
| Payments | | $0.00 |
| Balance Due | | $712.50 |

**\*\*COMPLIMENTARY ASCII DISKS, CONDENSED TRANSCRIPTS, POSTAGE/DELIVERY, XEROXING OF EXHIBITS, AND OBTAIN TRANSCRIPTS & INVOICES ON LINE AT OUR WEBSITE\*\***

Fed. I.D. # 23-2212171

*A COMPLETE DEPOSITION REPORTING AND VIDEOTAPE SERVICE*